**FILED**
April 02, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: _____DT_____
                   Deputy

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | **Case No: EP:25-CR-00652-LS** |
| Plaintiff, | § § | **I N D I C T M E N T** |
| v. | § § | **CT 1:** 18 U.S.C. § 111(a)(1) – Assaulting, Resisting, or Impeding Certain Officers or Employees Causing Physical Contact |
| (1) JEAN CARLOS CHAVEZ GUTIERREZ, (2) LUIS RAMON BATISTA ROMERO, (3) LUIS DANIEL CASTILLO PEROZO, and (4) BRUNO EMILIO CASTILLO COLMENAREZ, | § § § § § § § § | **CTS 2-4:** 18 U.S.C. § 111(a)(1) – Assaulting, Resisting, or Impeding Certain Officers or Employees |
| Defendants. | § | |

THE GRAND JURY CHARGES:

## COUNT ONE

On or about February 5, 2025, in the Western District of Texas, Defendant,

**(1) JEAN CARLOS CHAVEZ GUTIERREZ,**

intentionally, forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with A.V., a person designated in 18 U.S.C. § 1114, to wit: kicking the body of and causing physical contact with A.V., an ICE Contract Detention Officer who was engaged in official duties, in violation of Title 18, United States Code, Section 111(a)(1).

## COUNT TWO

On or about February 5, 2025, in the Western District of Texas, Defendant,

**(2) LUIS RAMON BATISTA ROMERO,**

intentionally, forcibly assaulted, resisted, opposed, impeded, intimidated, interfered with, a person designated in Title 18, United States Code, Section 1114, that is, A.V., an ICE Contract Detention Officer, in violation of Title 18, United States Code, Section 111(a)(1).

### COUNT THREE

On or about February 5, 2025, in the Western District of Texas, Defendant,

### (3) LUIS DANIEL CASTILLO PEROZO,

intentionally, forcibly assaulted, resisted, opposed, impeded, intimidated, interfered with, a person designated in Title 18, United States Code, Section 1114, that is, H.M., an ICE Contract Detention Officer, in violation of Title 18, United States Code, Section 111(a)(1).

### COUNT FOUR

On or about February 5, 2025, in the Western District of Texas, Defendant,

### (4) BRUNO EMILIO CASTILLO COLMENAREZ,

intentionally, forcibly assaulted, resisted, opposed, impeded, intimidated, interfered with, a person designated in Title 18, United States Code, Section 1114, that is, U.M., an ICE Contract Detention Officer, in violation of Title 18, United States Code, Section 111(a)(1).



A TRUE BILL.

_____
FOREPERSON OF THE GRAND JURY

MARGARET F. LEACHMAN
ACTING UNITED STATES ATTORNEY

BY: _____
Assistant U.S. Attorney